# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| S. David Rosenthal, Esq.　　　　SBN: 161440<br>ROSENTHAL LAW<br>2251 Douglas Boulevard, Suite 120<br>Roseville, CA 95661<br>TELEPHONE NO: 916-774-7200　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LANCE COVERT | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>**06/24/2024**<br>M. Pipe　　　Deputy<br>By: |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

PLAINTIFF: LANCE COVERT

DEFENDANT: AMAZON.COM SERVICES, LLC;
WEST BAY

☑ DOES 1 TO 30　　Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

☐ **AMENDED** *(Number)*:

**Type *(check all that apply)*:**
☐ **MOTOR VEHICLE**　☑ **OTHER** *(specify)*: Product Liability
☐ **Property Damage**　☐ **Wrongful Death**
☑ **Personal Injury**　☑ **Other Damages** *(specify)*:

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE**<br>　**Amount demanded**　☐ **does not exceed $10,000**<br>　　　　　☐ **exceeds $10,000, but does not exceed $25,000**<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>　　☐ **from limited to unlimited**<br>　　☐ **from unlimited to limited** | **24CV012475** |

1. **Plaintiff** *(name or names)*: LANCE COVERT

alleges causes of action against **defendant** *(name or names)*:
AMAZON.COM SERVICES, LLC; WEST BAY; DOES 1-30

2. This pleading, including attachments and exhibits, consists of the following number of pages: Four

3. Each plaintiff named above is a competent adult
   a. ☐ **except plaintiff** *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except plaintiff** *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

PLD-PI-001

| SHORT TITLE:<br>COVERT v. AMAZON.COM SERVICES, LLC, et al. | CASE NUMBER: |
| --- | --- |

4. ☐ Plaintiff (name):

   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ **except** defendant (name): AMAZON.COM
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ **except** defendant (name): WEST BAY
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-15 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 16-20 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

---

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death**

Page 2 of 3

PLD-PI-001

| SHORT TITLE:                                   | CASE NUMBER: |
|------------------------------------------------|--------------|
| COVERT v. AMAZON.COM SERVICES, LLC, et al.     |              |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☑ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   All.

Date: June 24, 2024

S. David Rosenthal, Esq.
_____          _____
(TYPE OR PRINT NAME)                      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property**    Page 3 of 3
                                     **Damage, Wrongful Death**

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| COVERT v. AMAZON.COM SERVICES, LLC , et al. | |

FIRST _____ **CAUSE OF ACTION—Products Liability**    Page ____4____
(number)

ATTACHMENT TO  [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*  LANCE COVERT

Prod. L-1. On or about *(date):*  July 7, 2022        plaintiff was injured by the following product:

WEST BAY Jetter Sewer Jetter Kit which included a sewer jet hose represented to be able to withstand 5800 psi of pressure. While plaintiff was using the kit as intended, the hose failed under pressure and whipped around at high velocity, striking plaintiff in the face and causing serious injury.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being

[✓] used in the manner intended by the defendants.

[ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

[✓] purchaser of the product.        [✓] user of the product.

[ ] bystander to the use of the product.    [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. [✓] **Count One—Strict** liability of the following defendants who

a. [✓] manufactured or assembled the product *(names):*

AMAZON.COM SERVICES, LLC; WEST BAY

[✓] Does 1_____ to 30_____

b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*

AMAZON.COM SERVICES, LLC; WEST BAY

[✓] Does 1_____ to 30_____

c. [✓] sold the product to the public *(names):*

AMAZON.COM SERVICES, LLC; WEST BAY

[✓] Does 1_____ to 30_____

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

AMAZON.COM SERVICES, LLC; WEST BAY

[✓] Does 1_____ to 30_____

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*

AMAZON.COM SERVICES, LLC; WEST BAY

[✓] Does 1_____ to 30_____

a. [✓] who breached an implied warranty

b. [ ] who breached an express warranty which was

[✓] written    [ ] oral

Prod. L-7. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are

[ ] listed in Attachment-Prod. L-7 [✓] as follows:

DOES 1-30

Page 1 of 1